NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**NEXTGEN BIOLOGICS, INC.,**
*Appellant*

**v.**

**AXOLOTL BIOLOGIX, INC.,**
*Appellee*

———————————

2018-2016

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91236432.

———————————

## JUDGMENT

———————————

GERARD BENCEN, Patent-Arts, PLLC, Gainesville, FL, argued for appellant.

WILLIAM J. UTERMOHLEN, Oliff & Berridge, PLC, Alexandria, VA, argued for appellee. Also represented by PETER THOMAS EWALD.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and LOURIE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 15, 2019                    /s/ Peter R. Marksteiner
       Date                       Peter R. Marksteiner
                                  Clerk of Court